IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20296
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN FELIPE GONZALEZ-AGUILAR,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-687-ALL
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Juan Felipe Gonzalez-Aguilar has
filed a motion to withdraw as counsel and a brief in accordance
with Anders v. California, 386 U.S. 738 (1967).  Gonzalez-Aguilar
has not filed a response.  Our independent review of the record
and counsel's brief discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED, counsel is
excused from further responsibilities, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.